IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM EAKES, III, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:10-0367 |
| | ) Chief Judge Haynes |
| DAVID SEXTON, WARDEN, | ) |
| Respondent. | ) |

## O R D E R

In accordance the Memorandum filed herewith, Respondent's motion to dismiss (Docket Entry No. 44) is **GRANTED**, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice**. The Court **GRANTS** Petitioner a Certificate of Appealability under 28 U.S.C. § 2253(c) on his Brady claims.

This is the Final Order on this action.

It is so **ORDERED**.

**ENTERED** this the 8nd day of January, 2014.

William J. Haynes, Jr.
Chief United States District Judge